```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _2/16/2023_
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------
GREG PERRY AND
PEABODY & COMPANY LLC,

                    Plaintiffs,

-against-

RODERICK WAYNE, JR. p/k/a RODDY RICCH;
SAMUEL GLOADE p/k/a 30 ROC; LAMAR
ADARIUS MORAGNE; AQEEL QADIR TATE;
KHIRYE TYLER, LARRANCE LEVAR
DOPSON; BLUE NIKE PUBLISHING LLC;
PEERMUSIC III, LTD.; KOBALT MUSIC
PUBLISHING AMERICA, INC.; VOLUME
VENTURES PUBLISHING, LLC; WARNER-
TAMERLANE PUBLISHING CORORPATION;
ATLANTIC RECORDING CORPORATION d/b/a
ATLANTIC RECORDS,

                    Defendants.
------------------------------------------------------------

22 Civ. 10316 (AT)

**ORDER**

ANALISA TORRES, District Judge:

      The Court has reviewed Plaintiffs' letter dated February 14, 2023, and Defendant Roderick Wayne, Jr. p/k/a Roddy Ricch's letter dated February 15, 2023. ECF Nos. 53, 62. On February 14, 2023, Plaintiffs filed a letter informing the Court, *inter alia*, of their "intent to seek a default judgment against . . . Wayne[.]" ECF No. 53 at 1. On February 15, 2023, counsel for Wayne filed notices of appearance, ECF Nos. 58–60, and Wayne submitted an opposition to Plaintiffs' filings, ECF No. 62. Accordingly, by **February 22, 2023**, Plaintiffs shall advise the Court whether Wayne's opposition alters their intent to seek default judgment against Wayne.

      SO ORDERED.

Dated: February 16, 2023
       New York, New York

                                                ANALISA TORRES
                                     United States District Judge