```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _4/17/2023_
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
GREG PERRY AND
PEABODY & COMPANY LLC,

        Plaintiffs,

-against-

RODERICK WAYNE, JR. p/k/a RODDY RICCH;
SAMUEL GLOADE p/k/a 30 ROC; LAMAR
ADARIUS MORAGNE; AQEEL QADIR TATE;
KHIRYE TYLER, LARRANCE LEVAR
DOPSON; BLUE NIKE PUBLISHING LLC;
PEERMUSIC III, LTD.; KOBALT MUSIC
PUBLISHING AMERICA, INC.; VOLUME
VENTURES PUBLISHING, LLC; WARNER-
TAMERLANE PUBLISHING CORORPATION;
ATLANTIC RECORDING CORPORATION d/b/a
ATLANTIC RECORDS,

        Defendants.

22 Civ. 10316 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On March 31, 2023, the Court ordered Plaintiffs to serve Defendants Lamar Adarius Moragne, Aqeel Qadir Tate, and Larrance Levar Dopson by publication by April 14, 2023. ECF No. 86. Plaintiffs have not filed proof of service on the docket or otherwise indicated that they have complied with the Court's order. Accordingly, by **April 19, 2023**, Plaintiffs shall do so.

    SO ORDERED.

Dated: April 17, 2023
       New York, New York

ANALISA TORRES
United States District Judge