UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:   7/17/2023
```

PEABODY & COMPANY LLC,

          Plaintiff,

-against-

RODERICK WAYNE, JR. p/k/a RODDY
RICCH; SAMUEL GLOADE p/k/a 30
ROC; LAMAR ADARIUS MORAGNE;
AQEEL QADIR TATE; KHIRYE TYLER,
LARRANCE LEVAR DOPSON; BLUE
NIKE PUBLISHING LLC; PEERMUSIC
III, LTD.; KOBALT MUSIC
PUBLISHING AMERICA, INC.;
VOLUME VENTURES PUBLISHING,
LLC; WARNER-TAMERLANE
PUBLISHING CORORPATION;
ATLANTIC RECORDING
CORPORATION d/b/a ATLANTIC
RECORDS,

          Defendants.

22 Civ. 10316 (AT)

**ORDER**

ANALISA TORRES, District Judge:

On March 15, 2023, Plaintiff Greg Perry died. ECF No. 112 at 1; *see also* ECF Nos. 17, 99. Plaintiff, Peabody & Company LLC, is the sole plaintiff in this case. The Clerk of Court is directed to amend the case title to reflect the above. *See* ECF No. 98.

    SO ORDERED.

Dated: July 17, 2023
      New York, New York

ANALISA TORRES
United States District Judge