**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
PEABODY & COMPANY LLC,

                  Plaintiff,

-against-                            22 **CIVIL** 10316 (AT)

                                      **JUDGMENT**

RODERICK WAYNE, JR. p/k/a RODDY RICCH;
SAMUEL GLOADE p/k/a 30 ROC; LAMAR ADARIUS
MORAGNE; AQEEL QADIR TATE; KHIRYE TYLER,
LARRANCE LEVAR DOPSON; BLUE NIKE
PUBLISHING LLC; PEERMUSIC III, LTD.; KOBALT
MUSIC PUBLISHING AMERICA, INC.; VOLUME
VENTURES PUBLISHING, LLC; WARNER-
TAMERLANE PUBLISHING CORO RP ATION;
ATLANTIC RECORDING CORPORATION d/b/a
ATLANTIC RECORDS,

                  Defendants.
-----------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated February 12, 2024, Defendants' motion to dismiss Plaintiff's amended complaint is GRANTED with prejudice; accordingly, the case is closed.

**Dated:**  New York, New York

      February 12, 2024

                                                **RUBY J. KRAJICK**
                                                  **Clerk of Court**

                         **BY:**    *K. Mango*

                                                  **Deputy Clerk**